**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JACOB GANZEL** | * | Case No. 3:21-cv-00227 |
| Plaintiff | * | Judge Jeffrey J. Helmick |
| v. | * | **STIPULATION AND JUDGMENT ENTRY OF DISMISSAL WITH PREJUDICE** |
| **ADIENT US, LLC,** Defendant | * | |
| | * | Francis J. Landry (0006072) **WASSERMAN, BRYAN, LANDRY** |
| | * | **& HONOLD, LLP** 1090 W. South Boundary St |
| | * | Suite 500 Perrysburg, Ohio 43551 |
| | * | Telephone:  (419) 243-1239 Facsimile:  (419) 243-2719 |
| | * | Email: FLandry308@aol.com Attorney for Plaintiff |
| | * | |

**************************************************

NOW COME the parties, by and through their undersigned counsel, and hereby stipulate to the dismissal of all of Plaintiff's claims against Defendant, with prejudice, with the provision that each party bear his/its own costs.

1

Based upon the above stipulation and for good cause shown it is **ORDERED, ADJUDGED AND DECREED** that the within cause be and the same is hereby dismissed in its entirety with prejudice.  It is further **ORDERED, ADJUDGED AND DECREED** that each party shall bear his/its own costs.

**IT IS SO STIPULATED:**                    **IT IS SO ORDERED:**


**/s/Francis J. Landry** _____                _____ s/ Jeffrey J. Helmick _____
Francis J. Landry                        U.S. District Judge
Attorney for Plaintiff,
Jacob Ganzel

**/s/ Laura Malugade*** _____              _____ March 21, 2022 _____
Laura Malugade                             Date
Attorney for Defendant,
Adient US,LLC

**\*consent per email 03/15/2022**
.

2